# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | |
|---|---|
| WILLIAM MATTHEW CHAUNCEY, | * |
| Plaintiff, | *  CIVIL ACTION NO.: 5:20-cv-112 |
| v. | * |
| COFFEE COUNTY DRUG UNIT, et al., | * |
| Defendants. | * |

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 11. Plaintiff did not file Objections to this Report and Recommendation. In fact, this Court's mailing was returned as undeliverable with the notations: "Return to Sender, Refused, Unable to Forward." Dkt. No. 12 at 1.

Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES without prejudice** Plaintiff's Complaint for failure to follow this Court's Order, **DIRECTS** the Clerk of Court to **CLOSE** this case and

AO 72A
(Rev. 8/82)

enter the appropriate judgment of dismissal, and **DENIES** Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this ___17___ day of ___May___, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)